IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOSHUA TEAL, #305 729, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:20-CV-93-WKW |
| ) | [WO] |
| RUSSELL COUNTY CIRCUIT ) | |
| COURT, RUSSELL COUNTY ) | |
| DISTRICT ATTORNEY OFFICE, ) | |
| PHENIX CITY POLICE ) | |
| DEPARTMENT, and JUDGE ) | |
| DAVID JOHNSON, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 23, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 10) is ADOPTED;

(2) Plaintiff's 42 U.S.C. § 1983 claims action against Defendants are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i-iii); and

(3) Plaintiff's 42 U.S.C. § 1983 action, to the extent it challenges the constitutionality of the convictions and/or sentences for which Plaintiff is incarcerated, is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final judgment will be entered separately.

DONE this 22nd day of April, 2020.

                                                       /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE